IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID STEVENS, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-7216 |
| v. | : | |
| TELFORD BOROUGH, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 22nd day of May, 2013, upon consideration of Defendant's Motion to Dismiss Portions of Plaintiff's Second Amended Complaint (Dkt. No. 20) and the response thereto, it is hereby ORDERED that said motion is DENIED. Defendants shall answer the Second Amended Complaint within the time allowed by the Federal Rules of Civil Procedure.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II, U.S.D.J.