IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID STEVENS, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-7216 |
| v. | : | |
| TELFORD BOROUGH, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 24th day of July, 2014 upon consideration of the cross-motions for summary judgment filed by Plaintiff David Stevens (Dkt. No. 43) and Defendants (Dkt. No. 41), and the responses thereto, it is hereby ORDERED Defendants' Motion is GRANTED and Plaintiff's Motion is DENIED. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk will close this case for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II,  U.S.D.J.