IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID STEVENS, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-7216 |
| v. | : | |
| TELFORD BOROUGH, *et al.*, | : | |
| Defendants. | : | |

### AMENDED ORDER

AND NOW, this 14th day of August, 2014 it is hereby ordered that the Court's Memorandum and Order (Dkt. Nos. 61 & 62) are hereby VACATED. It is further ORDERED that upon consideration of the cross-motions for summary judgment filed by Plaintiff David Stevens (Dkt. No. 43) and Defendants (Dkt. No. 41), and the responses thereto, Defendants' Motion is GRANTED and Plaintiff's Motion is DENIED. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk will close this case for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II,  U.S.D.J.